**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Brockton
**County** Plymouth

**Related Case Information:**
Superseding Ind./ Inf.   no         Case No. 25-MJ-8011-PGL
Same Defendant _____   New Defendant   yes
Magistrate Judge Case Number _____
Search Warrant Case Number   see attached
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 24-cr-10377-BEM    ☑ Yes  ☐ No

Defendant Name: Zairi Andrade    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: Z-Money
Address: 69 Park Rd. Brockton, MA 02301

Birth date (Yr only): 2005   SSN (last 4#): 3333   Sex: M   Race: Black   Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: David Cutshall   Bar Number if applicable: 684891

Interpreter: ☐ Yes  ☑ No   List language and/or dialect: _____

Victims: ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED: ☐ Yes  ☑ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** Plymouth HOC
**Arrest Date:** 12/13/24

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at 12/13/24   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/17/2025   Signature of AUSA: *David Cutshall*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Zairi Andrade

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 841(a)(1), (b)(1)(A)(vi) | Distribution and Possession with Intent to Distribute, 400 grams and more of fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-8526-PGL
24-MJ-8527-PGL
24-MJ-8581-PGL
24-MJ-8582-PGL
24-MJ-8618-PGL
24-MJ-8619-PGL
24-MJ-8620-PGL
24-MJ-8621-PGL
24-MJ-8622-PGL
24-MJ-8623-PGL
24-MJ-8627-PGL
24-MJ-8628-PGL
24-MJ-8631-PGL
24-MJ-3001-JDH